435 A.2d 176

**FRANK B. BOZZO, INC., a corporation, Appellant,**

**v.**

**ELECTRIC WELD DIVISION OF the FORT PITT BRIDGE DIVISION OF SPANG INDUSTRIES, INC., a corporation.**

Supreme Court of Pennsylvania.

Argued Sept. 15, 1981.

Decided Oct. 8, 1981.

David B. Fawcett, Jr., Richard S. Dorfzaun, George E. McGrann, Dickie, McCamey & Chilcote, Pittsburgh, for appellant.

James H. McConomy, Stephen J. Stabler, Reed, Smith, Shaw & McClay, Pittsburgh, for appellee.

Before O'BRIEN, C. J., and ROBERTS, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

## OPINION OF THE COURT

PER CURIAM:

The Order of the Superior Court is affirmed.

NIX, J., did not participate in the consideration or decision of this case.